# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2855 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 113 DB 2021 |
| | : | |
| | : | Attorney Registration No. 73163 |
| v. | : | |
| | : | (York County) |
| | : | |
| THOMAS MARK SHULTZ, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 4th day of March, 2022, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Thomas Mark Shultz is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).